USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARMEN TAVAREZ-VARGAS,**<br><br>       **Plaintiff,**<br><br>  -against-<br><br>**SOLE PROVISIONS LLC,**<br><br>       **Defendant.** | **21-cv-10793 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: March 23, 2022
     New York, New York

                               **ANDREW L. CARTER, JR.**
                               **United States District Judge**